470 A.2d 1021

Commonwealth v. Posey, Appellant.

Submitted March 23, 1983. Judith A. Calkin, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.

---

470 A.2d 1021

Commonwealth v. Ruiz, Appellant.

Submitted November 15, 1983. James O'Brien, Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

The judgment of sentence is affirmed.